UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LANCE BROWNING,
Individually and On Behalf of
All Other Similarly Situated,

    Plaintiff,                              Case No. 1:18-cv-00763

vs.                                        Dlott, J.; Bowman, M.J.

OHIO NATIONAL LIFE INSURANCE
COMPANY, et al.,

    Defendants.

# CALENDAR ORDER

This case shall proceed as follows:

1.    Discovery deadline: **One hundred eighty (180) days after the Court's decision on class certification**

    Deadline to identify plaintiff experts and provide reports: **Sixty (60) days after the Court's decision on class certification**

    Deadline to identify defendant experts and provide reports: **Ninety (90) days after the Court's decision on class certification**

2.    Dispositive motion deadline: **To be set after other preliminary threshold matters are decided**

    The Final Pretrial Conference and trial dates will be scheduled by Judge Dlott.

                                                  s/Stephanie K. Bowman
                                                  Stephanie K. Bowman
                                                  United States Magistrate Judge