IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Lance Browning, : | |
| : | |
| Plaintiff, : | |
| : | Case Number: 1:18cv763 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Ohio National Life Insurance Company, et al., : | |
| : | |
| Defendants. : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . Defendant's Motion for Judgment of the Pleadings (doc. 15) is GRANTED.

10/3/19                                                                                           RICH NAGEL, CLERK


                                                                                    _S/William Miller___
                                                                                    Deputy Clerk